■ ANNE PETRILLO, Respondent, v. GEORGE PETRILLO, Appellant.— In an action for divorce, defendant appeals, as limited by his brief, from so much of an order of the Supreme Court, Westchester County, dated October 18, 1971, as, on reargument, adhered to the original decision granting plaintiff's motion for temporary alimony, child support and counsel fees. Order affirmed insofar as appealed from, with $20 costs and disbursements. In our opinion, any seeming inequity in the awards made should be resolved by an early and speedy trial (*Tobias* v. *Tobias*, 36 A D 2d 643; *Lebovics* v. *Lebovics*, 34 A D 2d 783), as heretofore directed by order of this court dated November 11, 1971. Rabin, P. J., Hopkins, Martuscello, Latham and Shapiro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID CLIFFORD, Appellant.— Appeal by defendant from a judgment of the County Court, Nassau County, rendered March 4, 1971 on resentence, convicting him of attemted sale of a dangerous drug in the third degree, upon a guilty plea, and imposing sentence. Judgment affirmed. In our opinion, imposition of the judgment of resentence *in absentia* was proper (*People* v. *Ali*, 35 A D 2d 435, 439; see *People* v. *Ganci*, 27 N Y 2d 418, 429) in the absence of any alteration in the original sentence imposed (cf. *People* v. *Saperstein*, 1 A D 2d 949) or some indication that defendant intended to challenge the constitutionality of a predicate conviction (cf. *People* v. *Wilkins*, 28 N Y 2d 213). Rabin, P. J., Munder, Martuscello, Gulotta and Benjamin, JJ., concur.